1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11    KEYARA DUNN,                              No.  2:22-cv-2236 DJC SCR PS
12                     Plaintiff,
13           v.                                 ORDER
14    AMAZON SERVICES, LLC,
15                     Defendant.
16

17          Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was
18    referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21) and 28
19    U.S.C. § 636(b)(1).
20          On June 10, 2024, the Magistrate Judge filed findings and recommendations
21    herein which were served on plaintiff and which contained notice to Plaintiff that any
22    objections to the findings and recommendations were to be filed within fourteen
23    days.  ECF No. 23.  Plaintiff has not filed objections to the findings and
24    recommendations.
25          Although it appears from the file that Plaintiff's copy of the findings and
26    recommendations was returned, Plaintiff was properly served.  It is the Plaintiff's
27    responsibility to keep the court apprised of his current address at all times.  Pursuant
28    to Local Rule 182(f), service of documents at the record address of the party is fully

                                              1

1   effective.

2       The Court has reviewed the file and finds the findings and recommendations to

3   be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS

4   HEREBY ORDERED that:

5       1.  The findings and recommendations filed June 10, 2024, are adopted in full;

6       2.  Plaintiff's complaint filed on November 18, 2022 is dismissed without

7   prejudice; and

8       3.  The Clerk of the Court is directed to close this case.

9
10      IT IS SO ORDERED.

11  Dated:   **October 18, 2024**

Hon. Daniel J. Calabretta
12  UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28